1  MICHELE BECKWITH
   Acting United States Attorney
2  JEFFREY A. SPIVAK
   Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-po-00117-SAB |
| Plaintiff, | [Citations # F5444143 & F5444144 CA/42] |
| v. | |
| SAMANTHA S. BARBEE, | MOTION AND ORDER FOR DISMISSAL |
| Defendant. | |

   The United States of America, by and through Michelle Beckwith, Acting United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to dismiss Case No. 1:24-po-00117-SAB [Citations # F5444143 & F5444144 CA/42] against SAMANTHA S. BARBEE, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The parties have entered into a Deferred Prosecution Agreement.

DATED: January 16, 2025                Respectfully submitted,

                                       MICHELE BECKWITH
                                       Acting United States Attorney

                                By:    /s/ *Jeffrey A. Spivak*
                                       JEFFREY A. SPIVAK
                                       Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:24-po-00117-SAB [# F5444143 & F5444144 CA/42] against SAMANTHA S. BARBEE be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **January 16, 2025**

STANLEY A. BOONE
United States Magistrate Judge